E-FILED | 2/26/2026 2:58 PM
CC-20-2026-C-258
Kanawha County Circuit Clerk
Cathy S. Gatson

# COVER SHEET

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF KANAWHA COUNTY WEST VIRGINIA

**Mary Kay Morris Erb v. Gateway First Bank**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**Judge:** Carrie Webster

## COMPLAINT INFORMATION

**Case Type:** Civil

**Complaint Type:** Other

**Origin:** ☑ Initial Filing ☐ Appeal from Municipal Court ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☑ Yes ☐ No

**Case will be ready for trial by:** ____________________

**Mediation Requested:** ☐ Yes ☑ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

- ☐ Wheelchair accessible hearing room and other facilities
- ☐ Interpreter or other auxiliary aid for the hearing impaired
- ☐ Reader or other auxiliary aid for the visually impaired
- ☐ Spokesperson or other auxiliary aid for the speech impaired
- ☐ Other: ____________________

☐ I am proceeding without an attorney

☑ I have an attorney: Benjamin Sheridan, 3566 Teays Valley Rd , Hurricane, WV 25526

EXHIBIT A

# SERVED PARTIES

**Name:** Gateway First Bank

**Address:** 244 S Gateway Pl, Jenks OK 74037

**Days to Answer:** 30 **Type of Service:** Secretary of State - Certified - Including Copy Fee

EXHIBIT A

E-FILED | 2/26/2026 2:58 PM
CC-20-2026-C-258
Kanawha County Circuit Clerk
Cathy S. Gatson

**IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA**

**MARY KAY MORRIS ERB,**
**individually and on behalf of a class of persons,**

**Plaintiff.**

**v.** **Civil Action No.: ________________**

**GATEWAY FIRST BANK**
**d/b/a GATEWAY MORTGAGE,**

**Defendant.**

**CLASS ACTION COMPLAINT**
**Preliminary Statement**

1. Plaintiff Mary Kay Morris Erb ("Plaintiff" or "Ms. Erb"), individually and on behalf of a class of similarly situated West Virginia borrowers, brings this action against Defendant Gateway First Bank d/b/a Gateway Mortgage ("Gateway" or "Defendant") to stop Defendant's practice of including unlawful threats of attorney's fees or legal charges in communications with consumers. Defendant's standardized communications tell borrowers that their account may be subject to attorney fees, even when no such fees are assessed and even when such fees may not legally be added to the borrower's existing obligation.

2. These threats violate the West Virginia Consumer Credit and Protection Act ("WVCCPA"), W. Va. Code §§ 46A-2-127(d), (g); 46A-2-128(c), (d) (2025), and entitle Plaintiff and the putative class to actual damages, statutory penalties, injunctive and declaratory relief, attorney's fees, and other relief. W. Va. Code §§ 46A-5-101(1), -104, -106, -107 (2025).

**Parties**

3. Plaintiff Mary Kay Morris Erb is a natural person and resident of Kanawha County, West Virginia.



EXHIBIT A

4. Plaintiff is a "consumer" because she is a natural person obligated to pay a debt. W. Va. Code § 46A-2-122(a) (2025).

5. Defendant Gateway First Bank is a financial institution and residential mortgage loan servicer that does business in West Virginia under the trade name "Gateway Mortgage."

6. Defendant is a "debt collector" under the WVCCPA because it engages, directly or indirectly, in "debt collection." W. Va. Code § 46A-2-122(c), (d) (2025).

7. At all relevant times, Defendant acted in the course of its business to collect or attempt to collect a "claim," meaning an alleged or actual consumer obligation to pay money arising out of a transaction primarily for personal, family, or household purposes. W. Va. Code § 46A-2-122(b) (2025).

## Jurisdiction and Venue

9. This Court has subject-matter jurisdiction over Plaintiff's claims under the WVCCPA, W. Va. Code § 46A-1-101 et seq. (2025). It has the authority to award actual damages, statutory penalties, declaratory and injunctive relief, and attorney's fees as provided by statute and equitable principles. W. Va. Code §§ 46A-5-101(1), -104, -106 (2025).

10. Venue is proper in Kanawha County because Plaintiff resides in Kanawha County, West Virginia, and this action is founded upon a prohibited debt collection practice. W. Va. Code § 46A-5-107 (2025).

## Factual Allegations

11. Plaintiff has a residential mortgage loan secured by her home located at 301 Powder Horn Road, Unit 29, Charleston, West Virginia 25314.

12. Defendant services Plaintiff's mortgage loan and sends periodic statements and other written communications concerning the loan.

13. On or about September 11, 2025, Defendant provided Plaintiff with a payoff statement for Loan No. 0013629097. (Payoff Statement dated Sept. 11, 2025 (Ex. A)).

14. The payoff statement is a standardized form document prepared and used by Defendant for borrowers with loans it services, including West Virginia borrowers (Ex. A).

15. The payoff statement listed "Total All Other Fees" as "0.00," but included an asterisked note stating: "Due to the existing or previous status of the loan, the account may be subject to attorney fees or legal charges," (Ex. A).

16. This statement conveys to the borrower that Defendant may increase the borrower's existing mortgage obligation and/or payoff amount by adding attorney's fees or legal charges because of the loan's delinquency or status.

17. At the time Defendant issued the payoff statement, Defendant did not assess or disclose any specific attorney's fee or legal charge owed by Plaintiff.

18. Under West Virginia law, a debt collector may not represent that a consumer's existing obligation may be increased by attorney's fees or other fees "when in fact such fees or charges may not legally be added to the existing obligation." W. Va. Code § 46A-2-127(g) (2025).

19. West Virginia law also prohibits (i) collecting or attempting to collect from the consumer any part of the debt collector's fee or charge for services rendered, and (ii) collecting or attempting to collect any interest or other incidental charge, fee, or expense unless it is expressly authorized by the agreement and by statute or regulation. W. Va. Code § 46A-2-128(c), (d) (2025).

20. Defendant's threat that Plaintiff's account "may be subject to attorney fees or legal charges" is a deceptive and unfair collection practice because it implies that such fees can lawfully be added to Plaintiff's existing mortgage obligation and payoff amount even when they are not legally addable under the governing agreements and West Virginia law. W. Va. Code §§ 46A-2-127(d), (g); 46A-2-128(c), (d) (2025).

21. Defendant sent out further communications to Plaintiff on the template letter labeled "DLSUNEMPLN."

22. This template letter advises consumers that the past due figure does not include advancements paid on the loan, which include attorney fees (Ex. B).

24. Defendant sent the following Exhibit B letters on the dates described, representing that the balance owed could be increased by the inclusion of attorneys' fees and/or costs:

25. Upon information and belief, these fees have been threatened and/or assessed to Plaintiff and other borrowers' accounts with properties located in West Virginia.

a) November 13, 2024;

b) February 4, 2025;

c) May 19, 2025;

d) August 8, 2025.

26. The threat of the assessment of these fees violates West Virginia law, as they are not recoverable pursuant to statute.

**The Proposed Class**

32. Plaintiff brings this action on her own behalf and on behalf of all other similarly situated individuals pursuant to Rule 23 of the West Virginia Rules of Civil Procedure.

33. The proposed class is presently defined as follows: All borrowers with West Virginia addresses to whom, within the four years and forty-five days of the filing of this action through the date of class certification, Defendant mailed a letter that represented that the existing balance could be increased by attorneys' fees and/or costs.

34. Excluded from the class are Defendant, its officers and directors, any entity in which Defendant has a controlling interest, and the judge(s) to whom this case is assigned and their immediate family members.

35. The members of the class are so numerous that joinder of all members is impracticable.

36. There are questions of law and fact common to the class, including, without limitation: (a) whether Defendant's payoff statements contain the challenged attorney-fee/legal-charge representation; (b) whether that representation constitutes a prohibited debt collection practice under W. Va. Code §§ 46A-2-127 and 46A-2-128 (2025); and (c) the appropriate measure of statutory penalties and other relief under W. Va. Code § 46A-5-101(1) (2025).

37. Plaintiff's claims are typical of those of the class because Plaintiff received the same standardized payoff statement containing the same unlawful threat of attorney's fees or legal charges (Ex. A).

38. Plaintiff will fairly and adequately protect and represent the interests of the class and has retained counsel experienced in consumer protection litigation and class actions.

39. The common questions of law and fact predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of this controversy.

40. Defendant has acted or refused to act on grounds generally applicable to the class, thereby making final injunctive, declaratory, and other relief appropriate for the class as a whole.

## Legal Claims

### Count I – Illegal Debt Collection (WVCCPA)

### (Class and Individual Claim)

41. Plaintiff incorporates the preceding paragraphs by reference as though fully set forth herein.

42. Defendant is a "debt collector," and Plaintiff is a "consumer" as those terms are defined in W. Va. Code § 46A-2-122(a), (d) (2025).

43. By using standardized communications that represent that the borrower's existing mortgage obligation may be increased by the addition of attorney's fees or legal charges, Defendants used a fraudulent, deceptive, or misleading representation to collect or attempt to collect a claim. W. Va. Code § 46A-2-127 (2025).

44. Defendant's communications violate W. Va. Code § 46A-2-127(g) (2025) because they represent that Plaintiff's existing obligation "may be increased by the addition of attorney's fees" or other fees when, in fact, such fees may not legally be added in the manner threatened.

45. Defendant's communications also violate W. Va. Code § 46A-2-127(d) (2025) because they falsely represent or imply the character, extent, or amount of the claim by suggesting that attorney's fees or legal charges may be added to the amount due.

46. Defendant's communications further violate W. Va. Code § 46A-2-128(c) (2025) because it threatens the collection of a debt collector's fee or charge for services rendered by the borrower in connection with collection activity.

47. Defendant's communications further violate W. Va. Code § 46A-2-128(d) (2025) because it threatens the collection of an incidental charge, fee, or expense (attorney's fees or legal charges) that is not expressly authorized by the agreement creating or modifying the obligation and by statute or regulation.

48. As a result of Defendant's illegal debt collection practices, Plaintiff and the class have suffered actual damages and are entitled to recover statutory penalties, injunctive and declaratory relief, and attorneys' fees and expenses. W. Va. Code §§ 46A-5-101(1), -104, -106 (2025).

**Relief Sought**

1. That the Court certify this case as a class action and appoint Plaintiff as class representative and Plaintiff's counsel as class counsel under Rule 23 of the West Virginia Rules of Civil Procedure;

2. Statutory penalties for each violation under W. Va. Code § 46A-5-101(1) (2025), as adjusted for inflation as applicable under W. Va. Code § 46A-5-106 (2025);

3. Actual, compensatory, and other damages as allowed by law, including W. Va. Code § 46A-5-101(1) (2025);

4. Reasonable attorney's fees and expenses and the costs of this action under W. Va. Code § 46A-5-104 (2025);

5. Pre- and post-judgment interest as allowed by law;

6. Such other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

**MARY ERB,**
By Counsel

/s/ Benjamin M. Sheridan
Benjamin M. Sheridan (WVSB #11296)
Jed Nolan (WVSB #10833)
Megan Patrick (WVSB #12592)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
T: (304) 562-7111
F: (304) 562-7115
E: ben@kleinsheridan.com
E: jed@kleinsheridan.com
*Counsel for Plaintiff and the Putative Class*



EXHIBIT A

E-FILED | 2/26/2026 2:58 PM
CC-20-2026-C-258
Kanawha County Circuit Clerk
Cathy S. Gatson

Gateway MORTGAGE

# PAYOFF STATEMENT

September 11, 2025

Loan Number: 0013629097
Borrower: MARY KAY MORRIS ERB
Internal Refinance (Y/N):

Property: 301 POWDER HORN RD UNIT 29
CHARLESTON WV 25314-2412

Loan Type: CONVENTIONAL

Sent To: MARY KAY MORRIS ERB
301 POWDER HORN RD UNIT 29
CHARLESTON WV 25314-2412

---

As of September 11, 2025 the status of the **account** is as follows:

| | | | |
|---|---|---|---|
| Interest Rate | 6.62500% | Next Payment Due Date | December 1, 2024 |
| **Balances as of Statement Date:** | | **Payment Distribution:** | |
| Principal | $118,757.06 | Principal & Interest | $777.98 |
| Escrow/Impound | ($1857.70) | Escrow/Impound | $180.31 |
| Buydown Balance [1] | - | Credit Insurance | - |
| Unapplied Balance | - | | |
| | | **TOTAL PAYMENT** | $958.29 |

---

As of September 11, 2025 the status of the **payoff** is as follows:

| | |
|---|---|
| Current Unpaid Principal | 118,757.06 |
| Deferred Amount | 0.00 |
| Accrued Interest To: **October 10, 2025** | 7,406.04 |
| Escrow Due [2] | 1,892.32 |
| MIP or PMI Amount [3] | 34.62 |
| Total All Other Fees [4] | 0.00 |
| Unpaid Late Charges | 30.00 |
| Next Late Charge: | 0.00 |
| Lien Release Recording Fee | 0.00 |
| Lien Release Document Preparation Fee | 0.00 |
| Unapplied Balance Credit | (0.00) |
| **TOTAL AMOUNT DUE** | **$128,085.42** |
| **(Certified Funds Required)** | |

---

## ESTIMATED DISBURSEMENTS

(Company Name | Due Date | Amount)

NATIONAL MOR 10/01/25 34.43

---



EQUAL HOUSING LENDER

EXHIBIT A

Gateway MORTGAGE

**PLEASE NOTE:** If this is a Gateway Mortgage to Gateway Mortgage refinance and you are using the Escrow/Impound balance as an escrow servicing credit on the HUD-1, please reduce the Escrow/Impound balance by the Estimated Disbursement amounts and MIP or PMI Amount listed above. Please contact payoffs@gatewayloan.com with questions or for an updated payoff statement.

[1] The buydown balance will be disbursed according to the terms of your buydown agreement.

[2] If applicable, the Escrow Due includes the following: funds to pay negative escrow balance and additional escrow funds required to pay upcoming disbursements (including final MIP/PMI).

[3] If applicable, MIP/PMI is paid 1 month in arrears. In addition to the estimated disbursements, final MIP/PMI disbursements will reflect on the MIP or PMI Amount line item. This line item is informational and not included in the Total Amount Due.

[4] Due to the existing or previous status of the loan, the account may be subject to attorney fees or legal charges.

**WHERE TO SUBMIT PAYOFF FUNDS**
(Certified Funds Required)

**WIRE TRANSFER**
Gateway First Bank
244 South Gateway Place
Jenks, OK 74037-3448
ABA Routing Number: **103112552**
Account Number: **414344**
Reference: Customer Name, Address and Loan Number

**OVERNIGHT DELIVERY OF PAYMENTS**
Gateway Mortgage, a division of Gateway First Bank
Attn: Cash Processing
244 South Gateway Place
Jenks, OK 74037-3448
Reference: Customer Name, Address and Loan Number

**Payoff Quote Good Through: October 10, 2025**

If the payoff is not received on or before October 10, 2025 , please **add an additional $21.56 per diem amount per day**. Also, it may take up to 20 days from the date we receive the payoff in full for any remaining escrow funds to be returned to the mailing address on file. If you have had an address change, please contact us at (877) 764-9319 Monday through Friday between the hours of 7:00 AM and 7:00 PM CST/CDT to confirm your mailing address.

You are responsible for continuing to make monthly mortgage payments until payoff funds are received in full. If the payoff is received after the 16th of the month and the current loan payment has **not** been paid, please call for the updated late charge fee and/or revised payoff quote. We may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**If you are enrolled in auto-draft with Gateway, please discontinue the auto-draft at least 10 days prior to the date the payoff funds are sent. This will prevent a payment from being automatically drafted after the payoff funds are received. If you use a Bill Payment Service to make your payments, please notify your Bill Payment Service accordingly to prevent a payment from being sent after the payoff funds are received.**

The information shown on this statement is subject to change. To ensure that you are submitting sufficient funds to pay your account in full, please contact our Customer Care Department at (877) 764-9319 for updated figures prior to remitting payoff funds.

Sincerely,
Gateway Mortgage, a division of Gateway First Bank
Customer Service



EQUAL HOUSING LENDER

EXHIBIT A

Gateway MORTGAGE

## LEGAL NOTICES / DISCLOSURES

Texas Customers:

**TEXAS FINANCE CODE § 343.106 REQUIRES PAYOFF STATEMENT CONTAIN CLOSING DATE AND DATE THROUGH WHICH PAYOFF AMOUNT IS VALID. THESE REQUIRMENTS CANNOT BE DELETED FROM PAYOFF STATEMENT.**

**TEXAS FINANCE CODE § 343.106 REQUIRES THE IMPLEMENTING RULE TO ALLOW MORTGAGE SERVICERS AT LEAST SEVEN (7) BUSINESS DAYS FROM THE DATE OF RECEIPT OF PAYOFF REQUEST TO RESPOND TO A REQUEST MADE UNDER THE STATUTE.**

**ANY AMOUNT HELD IN ESCROW AT CLOSING WILL BE SETTLED IN ACCORDANCE WITH APPLICABLE FEDERAL LAW.**



EQUAL HOUSING LENDER

EXHIBIT A

E-FILED | 2/26/2026 2:58 PM
CC-20-2026-C-258
Kanawha County Circuit Clerk
Cathy S. Gatson

Gateway MORTGAGE

PO Box 101584
Nashville TN 37224
**DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS**

000008

MARY KAY MORRIS ERB
301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

11/13/2024

Reference: 13629097

Property Address: 301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

Dear MARY KAY MORRIS ERB,

Gateway Mortgage is proud to service your mortgage loan. Thank you for contacting us about your mortgage. Based on a careful review of the information you provided to us, you have been approved for an Unemployment Forbearance Plan. This Unemployment Forbearance Plan is a temporary reduction or suspension of your mortgage payments intended to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage.

A summary of your account is listed below:

Number of Late Payments: 1

11/01/2024

As of today, our records indicate your mortgage is due for $943.77 in past due Principal, Interest, Taxes and Insurance payments. Please note, this amount is neither a reinstatement amount nor a payoff amount and is subject to change. This figure does not include any fees or charges assed to the account or advances paid on your behalf as a result of your account's status. Such advancements which include, but are not limited to, attorney fees and costs associated with any foreclosure activity, property preservation expenses, inspections and/or other expenses resulting from your failure to pay your mortgage. Any advances made on your behalf are your responsibility to repay.

**Plan Terms**

Beginning on 12/01/2024 and on the first day of each month during the term of your Unemployment Forbearance plan you may make a temporary monthly payment of $0.00 in lieu of your regular monthly mortgage payment. The term of your Unemployment Forbearance plan is 3 months. This is the number of months that your regular monthly mortgage payment is either temporarily suspended or reduced. The date your Unemployment Forbearance Plan ends is 02/28/2025 unless otherwise earlier revised or terminated due to a change in your financial circumstances. Failure to remit payment(s) as outlined below could result in the termination of the plan.

Unemployment Forbearance Plan payment schedule:

| Payment Number | Amount Due | Due date |
|---|---|---|
| 1 | $0.00 | 12/01/2024 |
| 2 | $0.00 | 01/01/2025 |
| 3 | $0.00 | 02/01/2025 |

Should you accept and comply with the terms of this plan, at the plan's conclusion you should not owe more than 12 months delinquent Principal, Interest, Taxes and Insurance. Please note, your loan may be subject to local property taxation and homeowner insurance premium adjustments that could impact the total arrearages previously stated.

**To Accept This Offer**

No further action is needed from you to accept this offer. Please contact us immediately using one of the contact methods listed below if you do NOT intend to accept this offer or if your circumstances have changed.

Phone: 1-855-331-2474

Email: solutions@gatewayloan.com

Mailing Address:

Gateway Mortgage
Attn: Loss Mitigation Team
244 S. Gateway Place
Jenks, Ok 74037

**Making Payments**

If your monthly payment has been temporarily reduced, please send your temporarily reduced monthly payment amount noted above to:

Mail funds to this address:

Gateway Mortgage
Attn: Payment Processing Center
P.O. Box 21044
Tulsa, Ok 74121-1044

Overnight funds to this address:
Gateway Mortgage
Attn: Payment Processing
244 S. Gateway Place
Jenks, OK 74037

**Next Steps:**

If your financial situation changes during the term of your Unemployment Forbearance Plan, you must contact us immediately to reassess your situation and discuss potential alternatives and reassess the terms of the Unemployment Forbearance Plan to account for the change in your situation.
At least 30 days prior to the end of the Unemployment Forbearance Plan, we may send you a Borrower Solicitation Package requesting updated financial information and documentation of your financial circumstances. We also will provide information on alternatives that may be available to you at the end of the Unemployment Forbearance Plan term, such as a repayment plan or other alternative to foreclosure. Additionally, you may visit Gateway Mortgage's website at www.gatewayfirst.com for information on options that may be available to you.

**Additional Unemployment Forbearance Plan Information and Legal Notices**

We will not charge late fees during the Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan. During the Unemployment Forbearance Plan, you may pre-pay the mortgage delinquency at any time. **We will not proceed to foreclosure sale during this Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan.**

Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Unemployment Forbearance Plan.
You agree that we may hold the Unemployment Forbearance Plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. If any money is left in this account at the

end of the Unemployment Forbearance plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
Our acceptance and posting of your payment during the Unemployment Forbearance period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan.

**Your current loan documents remain in effect; however, you may make the Unemployment Forbearance Plan payment instead of the payment required under your document.**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Unemployment Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

As a result of making reduced payments, you will become delinquent on your mortgage and your credit score may be impacted.*

## Right to Appeal

You have the right to appeal our decision not to offer you the loan modification trial period plan(s) described above. If you would like to appeal, you must contact us in writing no later than *11/27/2024*, and let us know that you are requesting an appeal of our decision. You must include the following in the appeal:

Your name,
Property address, and
Mortgage loan number

You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires ***11/27/2024***. Appeal requests or documentation received after this date may not be considered.

If you elect to appeal:

We will provide you with a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.

You do not have to accept this offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification trial period plan described above, we will send you an offer for that trial period plan. In that case, you will be given 14 calendar days from the date of the appeal decision to choose to accept the current forbearance plan offer or let us know that you intend to accept the trial period plan offer by contacting us at 1-855-331-2474 or via email to solutions@gatewayloan.com.

Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

If you have additional questions, please contact us at 1-855-331-2474. Our offices are open Monday through Friday from 8:00 a.m. until 5:00 p.m. Central Time.

Sincerely,

Loss Mitigation Team
Gateway Mortgage

***CREDIT REPORTING:** Please note that we will continue to report the delinquency status of your loan to credit agencies as well as your entry into a Unemployment Forbearance Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENT AS AN INCREASED CREDIT RISK. AS A RESULT, ENTRY INTO A PLAN WITH REDUCED PAYMENTS MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE.**

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY.

Gateway MORTGAGE

EQUAL HOUSING LENDER

PO Box 101584
Nashville TN 37224
**DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS**

000009

MARY KAY MORRIS ERB
301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

02/04/2025

Reference: 13629097

Property Address: 301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

Dear MARY KAY MORRIS ERB,

Gateway Mortgage is proud to service your mortgage loan. Thank you for contacting us about your mortgage. Based on a careful review of the information you provided to us, you have been approved for an Unemployment Forbearance Plan. This Unemployment Forbearance Plan is a temporary reduction or suspension of your mortgage payments intended to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage.

A summary of your account is listed below:

Number of Late Payments: 3

12/01/2024

01/01/2025

02/01/2025

As of today, our records indicate your mortgage is due for $2,904.87 in past due Principal, Interest, Taxes and Insurance payments. Please note, this amount is neither a reinstatement amount nor a payoff amount and is subject to change. This figure does not include any fees or charges assed to the account or advances paid on your behalf as a result of your account's status. Such advancements which include, but are not limited to, attorney fees and costs associated with any foreclosure activity, property preservation expenses, inspections and/or other expenses resulting from your failure to pay your mortgage. Any advances made on your behalf are your responsibility to repay.

**Plan Terms**

Beginning on 12/01/2024 and on the first day of each month during the term of your Unemployment Forbearance plan you may make a temporary monthly payment of $0.00 in lieu of your regular monthly mortgage payment. The term of your Unemployment Forbearance plan is 6 months. This is the number of months that your regular monthly mortgage payment is either temporarily suspended or reduced. The date your Unemployment Forbearance Plan ends is 05/31/2025 unless otherwise earlier revised or terminated due to a change in your financial circumstances. Failure to remit payment(s) as outlined below could result in the termination of the plan.

Unemployment Forbearance Plan payment schedule:

| Payment Number | Amount Due | Due date |
|---|---|---|
| 1 | $0.00 | 12/01/2024 |
| 2 | $0.00 | 01/01/2025 |
| 3 | $0.00 | 02/01/2025 |
| 4 | $0.00 | 03/01/2025 |
| 5 | $0.00 | 04/01/2025 |
| 6 | $0.00 | 05/01/2025 |

Should you accept and comply with the terms of this plan, at the plan's conclusion you should not owe more than 12 months delinquent Principal, Interest, Taxes and Insurance. Please note, your loan may be subject to local property taxation and homeowner insurance premium adjustments that could impact the total arrearages previously stated.

**To Accept This Offer**

No further action is needed from you to accept this offer. Please contact us immediately using one of the contact methods listed below if you do NOT intend to accept this offer or if your circumstances have changed.

Phone: 1-855-331-2474

Email: solutions@gatewayloan.com

Mailing Address:

Gateway Mortgage
Attn: Loss Mitigation Team
244 S. Gateway Place
Jenks, Ok 74037

**Making Payments**

If your monthly payment has been temporarily reduced, please send your temporarily reduced monthly payment amount noted above to:

Mail funds to this address:

Gateway Mortgage
Attn: Payment Processing Center
P.O. Box 21044
Tulsa, Ok 74121-1044

Overnight funds to this address:
Gateway Mortgage
Attn: Payment Processing
244 S. Gateway Place
Jenks, OK 74037

**Next Steps:**

If your financial situation changes during the term of your Unemployment Forbearance Plan, you must contact us immediately to reassess your situation and discuss potential alternatives and reassess the terms of the Unemployment Forbearance Plan to account for the change in your situation.

At least 30 days prior to the end of the Unemployment Forbearance Plan, we may send you a Borrower Solicitation Package requesting updated financial information and documentation of your financial circumstances. We also will provide information on alternatives that may be available to you at the end of the Unemployment Forbearance Plan term, such as a repayment plan or other alternative to foreclosure. Additionally, you may visit Gateway Mortgage's website at www.gatewayfirst.com for information on options that may be available to you.

**Additional Unemployment Forbearance Plan Information and Legal Notices**

We will not charge late fees during the Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan. During the Unemployment Forbearance Plan, you may pre-pay the mortgage delinquency at any time. **We will not proceed to foreclosure sale during this Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan.**

Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Unemployment Forbearance Plan.

You agree that we may hold the Unemployment Forbearance Plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. If any money is left in this account at the

end of the Unemployment Forbearance plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

Our acceptance and posting of your payment during the Unemployment Forbearance period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan.

**Your current loan documents remain in effect; however, you may make the Unemployment Forbearance Plan payment instead of the payment required under your document.**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Unemployment Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

As a result of making reduced payments, you will become delinquent on your mortgage and your credit score may be impacted.*

## Right to Appeal

You have the right to appeal our decision not to offer you the loan modification trial period plan(s) described above. If you would like to appeal, you must contact us in writing no later than *02/18/2025*, and let us know that you are requesting an appeal of our decision. You must include the following in the appeal:

Your name,
Property address, and
Mortgage loan number

You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires ***02/18/2025***. Appeal requests or documentation received after this date may not be considered.

If you elect to appeal:

We will provide you with a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.

You do not have to accept this offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification trial period plan described above, we will send you an offer for that trial period plan. In that case, you will be given 14 calendar days from the date of the appeal decision to choose to accept the current forbearance plan offer or let us know that you intend to accept the trial period plan offer by contacting us at 1-855-331-2474 or via email to solutions@gatewayloan.com.

Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

If you have additional questions, please contact us at 1-855-331-2474. Our offices are open Monday through Friday from 8:00 a.m. until 5:00 p.m. Central Time.

Sincerely,

Loss Mitigation Team
Gateway Mortgage

***CREDIT REPORTING:** Please note that we will continue to report the delinquency status of your loan to credit agencies as well as your entry into a Unemployment Forbearance Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENT AS AN INCREASED CREDIT RISK. AS A RESULT, ENTRY INTO A PLAN WITH REDUCED PAYMENTS MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE.**

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY.

Gateway MORTGAGE

EQUAL HOUSING LENDER

PO Box 101584
Nashville TN 37224
**DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS**

000004

MARY KAY MORRIS ERB
301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

05/19/2025

Reference: 13629097

Property Address: 301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

Dear MARY KAY MORRIS ERB,

Gateway Mortgage is proud to service your mortgage loan. Thank you for contacting us about your mortgage. Based on a careful review of the information you provided to us, you have been approved for an Unemployment Forbearance Plan. This Unemployment Forbearance Plan is a temporary reduction or suspension of your mortgage payments intended to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage.

A summary of your account is listed below:

Number of Late Payments: 6

12/01/2024

01/01/2025

02/01/2025

03/01/2025

04/01/2025

05/01/2025

As of today, our records indicate your mortgage is due for $5,749.74 in past due Principal, Interest, Taxes and Insurance payments. Please note, this amount is neither a reinstatement amount nor a payoff amount and is subject to change. This figure does not include any fees or charges assed to the account or advances paid on your behalf as a result of your account's status. Such advancements which include, but are not limited to, attorney fees and costs associated with any foreclosure activity, property preservation expenses, inspections and/or other expenses resulting from your failure to pay your mortgage. Any advances made on your behalf are your responsibility to repay.

**Plan Terms**

Beginning on 12/01/2024 and on the first day of each month during the term of your Unemployment Forbearance plan you may make a temporary monthly payment of $0.00 in lieu of your regular monthly mortgage payment. The term of your Unemployment Forbearance plan is 9 months. This is the number of months that your regular monthly mortgage payment is either temporarily suspended or reduced. The date your Unemployment Forbearance Plan ends is 08/31/2025 unless otherwise earlier revised or terminated due to a change in your financial circumstances. Failure to remit payment(s) as outlined below could result in the termination of the plan.

Unemployment Forbearance Plan payment schedule:

| Payment Number | Amount Due | Due date |
|---|---|---|
| 1 | $0.00 | 12/01/2024 |
| 2 | $0.00 | 01/01/2025 |
| 3 | $0.00 | 02/01/2025 |
| 4 | $0.00 | 03/01/2025 |
| 5 | $0.00 | 04/01/2025 |
| 6 | $0.00 | 05/01/2025 |
| 7 | $0.00 | 06/01/2025 |
| 8 | $0.00 | 07/01/2025 |
| 9 | $0.00 | 08/01/2025 |

Should you accept and comply with the terms of this plan, at the plan's conclusion you should not owe more than 12 months delinquent Principal, Interest, Taxes and Insurance. Please note, your loan may be subject to local property taxation and homeowner insurance premium adjustments that could impact the total arrearages previously stated.

**To Accept This Offer**

No further action is needed from you to accept this offer. Please contact us immediately using one of the contact methods listed below if you do NOT intend to accept this offer or if your circumstances have changed.

Phone: 1-855-331-2474

Email: solutions@gatewayloan.com

Mailing Address:

Gateway Mortgage
Attn: Loss Mitigation Team
244 S. Gateway Place
Jenks, Ok 74037

**Making Payments**

If your monthly payment has been temporarily reduced, please send your temporarily reduced monthly payment amount noted above to:

Mail funds to this address:

Gateway Mortgage
Attn: Payment Processing Center
P.O. Box 21044
Tulsa, Ok 74121-1044

Overnight funds to this address:
Gateway Mortgage
Attn: Payment Processing
244 S. Gateway Place
Jenks, OK 74037

**Next Steps:**

If your financial situation changes during the term of your Unemployment Forbearance Plan, you must contact us immediately to reassess your situation and discuss potential alternatives and reassess the terms of the Unemployment Forbearance Plan to account for the change in your situation.

At least 30 days prior to the end of the Unemployment Forbearance Plan, we may send you a Borrower Solicitation Package requesting updated financial information and documentation of your financial circumstances. We also will provide information on alternatives that may be available to you at the end of the Unemployment Forbearance Plan term, such as a repayment plan or other alternative to foreclosure.

Additionally, you may visit Gateway Mortgage's website at www.gatewayfirst.com for information on options that may be available to you.

**Additional Unemployment Forbearance Plan Information and Legal Notices**

We will not charge late fees during the Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan. During the Unemployment Forbearance Plan, you may pre-pay the mortgage delinquency at any time. **We will not proceed to foreclosure sale during this Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan.**

Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Unemployment Forbearance Plan.

You agree that we may hold the Unemployment Forbearance Plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. If any money is left in this account at the

end of the Unemployment Forbearance plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

Our acceptance and posting of your payment during the Unemployment Forbearance period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan.

**Your current loan documents remain in effect; however, you may make the Unemployment Forbearance Plan payment instead of the payment required under your document.**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Unemployment Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

As a result of making reduced payments, you will become delinquent on your mortgage and your credit score may be impacted.*

**Right to Appeal**

You have the right to appeal our decision not to offer you the loan modification trial period plan(s) described above. If you would like to appeal, you must contact us in writing no later than *06/02/2025*, and let us know that you are requesting an appeal of our decision. You must include the following in the appeal:

Your name,
Property address, and
Mortgage loan number

You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires ***06/02/2025***. Appeal requests or documentation received after this date may not be considered.

If you elect to appeal:

We will provide you with a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.

You do not have to accept this offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification trial period plan described above, we will send you an offer for that trial period plan. In that case, you will be given 14 calendar days from the date of the appeal decision to choose to accept the current forbearance plan offer or let us know that you intend to accept the trial period plan offer by contacting us at 1-855-331-2474 or via email to solutions@gatewayloan.com.

Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

If you have additional questions, please contact us at 1-855-331-2474. Our offices are open Monday through Friday from 8:00 a.m. until 5:00 p.m. Central Time.

Sincerely,

Loss Mitigation Team
Gateway Mortgage

***CREDIT REPORTING:** Please note that we will continue to report the delinquency status of your loan to credit agencies as well as your entry into a Unemployment Forbearance Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENT AS AN INCREASED CREDIT RISK. AS A RESULT, ENTRY INTO A PLAN WITH REDUCED PAYMENTS MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE.**

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY.

Gateway
MORTGAGE

PO Box 101584
Nashville TN 37224
**DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS**

EQUAL HOUSING LENDER

000007

MARY KAY MORRIS ERB
301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

08/08/2025

Reference: 13629097

Property Address: 301 POWDER HORN RD UNIT 29
CHARLESTON, WV 25314-2412

Dear MARY KAY MORRIS ERB,

Gateway Mortgage is proud to service your mortgage loan. Thank you for contacting us about your mortgage. Based on a careful review of the information you provided to us, you have been approved for an Unemployment Forbearance Plan. This Unemployment Forbearance Plan is a temporary reduction or suspension of your mortgage payments intended to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage.

A summary of your account is listed below:

Number of Late Payments: 9

12/01/2024

01/01/2025

02/01/2025

03/01/2025

04/01/2025

05/01/2025

06/01/2025

07/01/2025

08/01/2025

As of today, our records indicate your mortgage is due for $8,624.61 in past due Principal, Interest, Taxes and Insurance payments. Please note, this amount is neither a reinstatement amount nor a payoff amount and is subject to change. This figure does not include any fees or charges assed to the account or advances paid on your behalf as a result of your account's status. Such advancements which include, but are not limited to, attorney fees and costs associated with any foreclosure activity, property preservation expenses, inspections and/or other expenses resulting from your failure to pay your mortgage. Any advances made on your behalf are your responsibility to repay.

**Plan Terms**

Beginning on 12/01/2024 and on the first day of each month during the term of your Unemployment Forbearance plan you may make a temporary monthly payment of $0.00 in lieu of your regular monthly mortgage payment. The term of your Unemployment Forbearance plan is 12 months. This is the number of months that your regular monthly mortgage payment is either temporarily suspended or reduced. The date your Unemployment Forbearance Plan ends is 11/30/2025 unless otherwise earlier revised or terminated due to a change in your financial circumstances. Failure to remit payment(s) as outlined below could result in the termination of the plan.

Unemployment Forbearance Plan payment schedule:

| Payment Number | Amount Due | Due date |
|---|---|---|
| 1 | $0.00 | 12/01/2024 |
| 2 | $0.00 | 01/01/2025 |
| 3 | $0.00 | 02/01/2025 |
| 4 | $0.00 | 03/01/2025 |
| 5 | $0.00 | 04/01/2025 |
| 6 | $0.00 | 05/01/2025 |
| 7 | $0.00 | 06/01/2025 |
| 8 | $0.00 | 07/01/2025 |
| 9 | $0.00 | 08/01/2025 |
| 10 | $0.00 | 09/01/2025 |
| 11 | $0.00 | 10/01/2025 |
| 12 | $0.00 | 11/01/2025 |

Should you accept and comply with the terms of this plan, at the plan's conclusion you should not owe more than 12 months delinquent Principal, Interest, Taxes and Insurance. Please note, your loan may be subject to local property taxation and homeowner insurance premium adjustments that could impact the total arrearages previously stated.

**To Accept This Offer**

No further action is needed from you to accept this offer. Please contact us immediately using one of the contact methods listed below if you do NOT intend to accept this offer or if your circumstances have changed.

Phone: 1-855-331-2474

Email: solutions@gatewayloan.com

Mailing Address:

Gateway Mortgage
Attn: Loss Mitigation Team
244 S. Gateway Place
Jenks, Ok 74037

**Making Payments**

If your monthly payment has been temporarily reduced, please send your temporarily reduced monthly payment amount noted above to:

Mail funds to this address:

Gateway Mortgage
Attn: Payment Processing Center
P.O. Box 21044
Tulsa, Ok 74121-1044

Overnight funds to this address:
Gateway Mortgage
Attn: Payment Processing
244 S. Gateway Place
Jenks, OK 74037

**Next Steps:**

If your financial situation changes during the term of your Unemployment Forbearance Plan, you must contact us immediately to reassess your situation and discuss potential alternatives and reassess the terms of the Unemployment Forbearance Plan to account for the change in your situation.

At least 30 days prior to the end of the Unemployment Forbearance Plan, we may send you a Borrower Solicitation Package requesting updated financial information and documentation of your financial circumstances. We also will provide information on alternatives that may be available to you at the end of the Unemployment Forbearance Plan term, such as a repayment plan or other alternative to foreclosure. Additionally, you may visit Gateway Mortgage's website at www.gatewayfirst.com for information on options that may be available to you.

**Additional Unemployment Forbearance Plan Information and Legal Notices**

We will not charge late fees during the Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan. During the Unemployment Forbearance Plan, you may pre-pay the mortgage delinquency at any time. **We will not proceed to foreclosure sale during this Unemployment Forbearance Plan, provided you are complying with the terms of the Unemployment Forbearance Plan.**

Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Unemployment Forbearance Plan.

You agree that we may hold the Unemployment Forbearance Plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. If any money is left in this account at the

end of the Unemployment Forbearance plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
Our acceptance and posting of your payment during the Unemployment Forbearance period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan.

**Your current loan documents remain in effect; however, you may make the Unemployment Forbearance Plan payment instead of the payment required under your document.**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Unemployment Forbearance Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

As a result of making reduced payments, you will become delinquent on your mortgage and your credit score may be impacted.*

**Right to Appeal**

You have the right to appeal our decision not to offer you the loan modification trial period plan(s) described above. If you would like to appeal, you must contact us in writing no later than *08/22/2025*, and let us know that you are requesting an appeal of our decision. You must include the following in the appeal:

Your name,
Property address, and
Mortgage loan number

You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires ***08/22/2025***. Appeal requests or documentation received after this date may not be considered.

If you elect to appeal:

We will provide you with a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.

You do not have to accept this offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification trial period plan described above, we will send you an offer for that trial period plan. In that case, you will be given 14 calendar days from the date of the appeal decision to choose to accept the current forbearance plan offer or let us know that you intend to accept the trial period plan offer by contacting us at 1-855-331-2474 or via email to solutions@gatewayloan.com.

Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

If you have additional questions, please contact us at 1-855-331-2474. Our offices are open Monday through Friday from 8:00 a.m. until 5:00 p.m. Central Time.

Sincerely,

Loss Mitigation Team
Gateway Mortgage

***CREDIT REPORTING:** Please note that we will continue to report the delinquency status of your loan to credit agencies as well as your entry into a Unemployment Forbearance Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

**CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENT AS AN INCREASED CREDIT RISK. AS A RESULT, ENTRY INTO A PLAN WITH REDUCED PAYMENTS MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE.**

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY.